# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1584
Lower Tribunal No. F76-1112A

————————

**Charles Edward McBride,**
Appellant,

vs.

**The State of Florida, et al.,**
Appellees.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Charles Edward McBride, in proper person.

Ashley Moody, Attorney General; Mark Hiers (Tallahassee), Assistant General Counsel, for appellees.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.